DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Locklear<br><br>Case below:<br>178 N.C. App. 732 | No. 430P06 | 1.  AG's Motion for Temporary Stay (COA05-509)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>08/17/06<br>Stay Dissolved<br>11/08/07<br><br>2. Denied<br>11/08/07<br><br>3. See Special<br>Order Page 688 |
| State v. Love<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 394P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-916) | Denied<br>11/08/07 |
| State v. McDougald<br><br>Case below:<br>181 N.C. App. 41 | No. 064A07 | 1.  Def's NOA (Dissent) (COA06-164)<br><br>2.  Def's NOA Based Upon a Constitutional Question<br><br>3.  Def's PDR as to Additional Issues | 1. ——<br><br>2. Dismissed<br>*ex mero motu*<br>10/11/07<br><br>3. See Special<br>Order Page 689 |
| State v. McGee<br><br>Case below:<br>182 N.C. App. 348 | No. 194P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-830) | Denied<br>10/11/07 |
| State v. McLamb<br><br>Case below:<br>186 N.C. App. ——<br>(18 September 2007) | No. 489P07 | AG's Motion for Temporary Stay<br>(COA06-1319) | Allowed<br>10/08/07 |
| State v. McLean<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 326P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-952) | Denied<br>11/08/07 |
| State v. Michaux<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 441P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1040) | Denied<br>11/08/07 |
| State v. Moffitt<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 437P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1239) | Denied<br>11/08/07 |
| State v. Mowery<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 367P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-947) | Denied<br>10/11/07 |